UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

WILLIAM JOSEPH COLLINS,            Chapter 7
                                                 Case No. 17-41100-MBM
       Debtor.                         Hon. Marci B. McIvor
_____/

**STIPULATION FOR ENTRY OF ORDER AUTHORIZING TRUSTEE**
**TO COMPROMISE NON-EXEMPT EQUITY IN PROPERTY**

      Stuart A. Gold, the Chapter 7 Trustee and the debtor, by their respective attorneys, stipulate and agree to the form, substance and entry of the attached proposed Order Authorizing Compromise of Non-Exempt Equity in Property.

Agreed:

GOLD, LANGE & MAJOROS, P.C.          STEVENSON & BULLOCK, P.L.C.


/s/ Jason P. Smalarz                     /s/ Kimberly Bedigian
Attorneys for Trustee                   Attorney for Debtor
24901 Northwestern Hwy., Suite 444     26100 American Drive, Suite 500
Southfield, MI 48075                  Southfield, MI 48034
(248) 350-8220                          (248) 354-7906
jsmalarz@glmpc.com                  kbedigian@sbplclaw.com
(P71042)                                 (P54812)